IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM NEWMAN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 02-3770 |

**ORDER**

AND NOW, this 28TH day of October, 2002, it is **ORDERED** that the Fed.R.Civ.P. 16 pretrial conference previously noticed for OCTOBER 31, 2002, at 10:00 A.M., will be held on **NOVEMBER 4, 2002 at 2:00 P.M.** in Chambers, Room 10614, United States Courthouse, 601 Market Street, Philadelphia, PA. **This conference may be held by telephone upon request of the parties to Madeline F. Ward, Deputy Clerk, (267-299-7549).** If the conference is held by phone, the court will initiate the call and **counsel shall remain available for said telephone conference unless and until excused by the court**.

ATTEST:                                                                 or        BY THE COURT:

                                                                                    /s/ Norma L. Shapiro, S.J.

Madeline F. Ward, Deputy Clerk to                                                                         S. J.
  The Honorable Norma L. Shapiro