IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM NEWMAN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 02-3770 |

## ORDER

AND NOW, this 12TH day of February, 2003, it having been reported that the issues between plaintiffs and defendants in this action have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, it is **ORDERED** this case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **AS TO ALL DEFENDANTS**. The Clerk is directed to mark this case **CLOSED**.

ATTEST:                                   or        BY THE COURT:


**By:**_____                /s/ Norma L. Shapiro, J._____
   Madeline F. Ward, Deputy Clerk                                                              J.